**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-1827-AP

LORRIE J. (VALDEZ) LOPEZ,

      Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

      Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.**     **APPEARANCES OF COUNSEL**

    **For Plaintiff:**

        Michael A. Desaulniers, Esq.
        Law Office of Michael W. Seckar, Esq.
        402 W. 12th Street
        Pueblo, CO 81003
        Phone: 719-543-8636
        Fax:     719-543-8403
        seckarlaw@mindspring.com

    **For Defendant:**

        WILLIAM J. LEONE
        United States Attorney
        KURT J. BOHN
        Assistant United States Attorney

    By:    Debra J. Meachum
        Special Assistant United States Attorney
        Social Security Administration
        1961 Stout Street, Suite 1001A
        Denver, Colorado  80294
        Phone:  303-844-1570
        Fax:    303-844-0770

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A. Date Complaint Was Filed: **September 21, 2005.**
    B. Date Complaint Was Served on U.S. Attorney's Office: **October 5, 2005**
    C. Date Answer and Administrative Record Were Filed: **December 2, 2005.**

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Both parties, to the best of their knowledge, state that the administrative record is complete and accurate.**

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Neither party intends to submit additional evidence.**

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Neither party believes the case raises unusual claims or defenses.**

**7. OTHER MATTERS**

**Neither party has other matters to bring to the attention of the court.**

**8. PROPOSED BRIEFING SCHEDULE**

    A.    Plaintiff's Opening Brief Due:    **FEBRUARY 1, 2006.**
    B.    Defendant's Response Brief Due:    **MARCH 1, 2006.**
    C.    Plaintiff's Reply Brief (If Any) Due**:    MARCH 16, 2006.**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    Plaintiff's Statement:
            **Plaintiff does not request oral argument.**

    B.    Defendant's Statement:
            **Defendant does not request oral argument.**

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

A.     (X)  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
B.     ( )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.     OTHER MATTERS**

The parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

**DATED this 28th day of December 2005.**

BY THE COURT:

S/John L. Kane
U.S. DISTRICT COURT JUDGE

**APPROVED:**

| **For Plaintiff:** | **For Defendant:** |

**s/Michael A. Desaulniers 12/22/05**
Michael A. Desaulniers, Esq.
Law Office of Michael W. Seckar, Esq.
402 W. 12th Street
Pueblo, CO 81003
Phone: 719-543-8636
Fax:    719-543-8403
seckarlaw@mindspring.com

WILLIAM J. LEONE
United States Attorney

**s/Kurt J. Bohn 12/22/05**
KURT J. BOHN
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)
kurt.bohn@usdoj.gov

**s/Debra J. Meachum 12/22/05**
By:   Debra J. Meachum
Special Assistant United States Attorney
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-1570
(303) 844-0770 (facsimile)
debra.meachum@ssa.gov
d_meachum@ssa.gov