IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-1827-AP**

**LORRIE J. LOPEZ,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act (doc. #21), filed April 13, 2006, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff reasonable attorney fees in the amount of **$4,092.00**.

Dated at Denver, Colorado, this 13th day of April, 2006.

                              BY THE COURT:

                              **S/John L. Kane**
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT